FILED
CLERK, U.S. DISTRICT COURT
MAY 25 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JERMAINE CORNELIUS CARTER,<br><br>           Petitioner,<br><br>      v.<br><br>W. L. MONTGOMERY,<br><br>           Respondent. | Case No. EDCV 14-1970 JLS (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: 5/22/16

Josephine L. Staton
United States District Judge