FILED
CLERK, U.S. DISTRICT COURT

MAY 25 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JERMAINE CORNELIUS CARTER,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>    Respondent. | Case No. EDCV 14-1970-JLS (AJW)<br><br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 5/22/16

Josephine L. Staton
United States District Judge